Appellee=s Motion for Rehearing Granted; Opinion of November 30, 2006,
Withdrawn; Vacated, Remanded, and Dismissed; and Substitute Opinion filed
February 22, 2007








 

Appellee=s Motion for Rehearing Granted; Opinion of November
30, 2006, Withdrawn; Vacated, Remanded, and Dismissed; and Substitute Opinion
filed February 22, 2007.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00638-CV

____________

 

CITY OF HOUSTON,
Appellant

 

V.

 

RIVERCREST CIVIC ASSOCIATION, Appellee

 



 

On Appeal from the County Civil
Court at Law No. 3

Harris County, Texas

Trial Court Cause No.
858660

 



 

S U B S T I T U T E   M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed June 16,
2006.








On
November 20, 2006, the parties filed a joint motion to reverse the judgment and
remand the cause to the trial court for rendition of judgment of dismissal with
prejudice pursuant to the parties= agreement.  See Tex. R. App. P. 42.1.  On November 30,
2006, this court granted the motion and issued an opinion, reversing the trial
court=s judgment and remanding to the trial
court for entry of judgment of dismissal with prejudice in accordance with the
parties= agreement.  Appellee subsequently
filed a motion for rehearing, asking that we withdraw our opinion of November
30, 2006, and issue an opinion vacating the trial court=s judgment, remanding to the trial
court for entry of judgment of dismissal with prejudice in accordance with the
parties= agreement, and dismissing the
appeal.  We requested a response and appellant filed a response, reflecting no
opposition 

We grant
appellee=s motion for rehearing.

Accordingly,
the judgment is vacated, the cause is remanded to the trial court for entry of
judgment of dismissal with prejudice in accordance with the parties= agreement, and the appeal is
dismissed.

PER
CURIAM

Judgment rendered and Opinion filed February 22, 2007.

Panel consists of Justices Anderson, Hudson, and
Guzman.